

Matter of Attorneys in Violation of Judiciary Law § 468-a (Astakhov) (2019 NY Slip Op 53960)





Matter of Attorneys in Violation of Judiciary Law  468-a (Astakhov)


2019 NY Slip Op 53960


Decided on November 27, 2019


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered: November 27, 2019

PM-211-19

[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Evgeny V. Astakhov, Respondent. (Attorney Registration No. 3015690.)

Calendar Date: October 28, 2019

Before: Garry, P.J., Lynch, Mulvey and Aarons, JJ., concur.


Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.
Law Office of Alexander Sakin, LLC, New York (Alexander Sakin of counsel), for respondent.

Law Office of Alexander Sakin, LLC, New York (Alexander Sakin of counsel), for respondent.



Motion by respondent for an order reinstating him to the practice of law following his suspension by May 2019 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 172 AD3d 1706, 1711 [2019]; see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibits sworn to August 9, 2019, the October 23, 2019 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department and respondent's supplemental submission dated November 14, 2019, and having determined, by clear and convincing evidence, that (1) respondent has complied with the order of suspension and the Rules of this Court, (2) respondent has the requisite character and fitness to practice law, and (3) it would be in the public interest to reinstate respondent to the practice of law (see Matter of Attorneys in Violation of Judiciary Law § 468-a [Zerdan], 173 AD3d 1602, 1603 [2019]; Matter of Attorneys in Violation of Judiciary Law § 468-a [Serbinowski], 164 AD3d 1049, 1050 [2018]), it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effectively immediately.
Garry, P.J., Lynch, Mulvey and Aarons, JJ., concur.








